KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
E-mail:  ef-ksf@cpdb.com
         ef-jdg@cpdb.com
         ef-jjb@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; HIP CITY MUSIC INC.; HIFROST PUBLISHING; EMI BLACKWOOD MUSIC, INC.; HINDER MUSIC CO., A DIVISION OF HINDER PUBLISHING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MONEY IS FUNNY, INC. d/b/a LAUGHS UNLIMITED; JENNIFER S. CANFIELD and PATRICIA L. CAPPAWANA, each individually, <br><br> Defendants. | Case No. <br><br> **COMPLAINT** <br><br> Trial Date:   None Set |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION

1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

13389.001 2214330v1

**COMPLAINT**

1

## VENUE

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a). Pursuant to General Local Rule 120, this case is properly commenced in the Sacramento Division of the United States District Court for the Eastern District of California.

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Paul Simon Music is a sole proprietorship owned by Paul Simon. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Concord Music Group, Inc. is a corporation d/b/a Jondora Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Hip City Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Hifrost Publishing is a partnership owned by Hiriam Hicks and Elliot Straite. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Hinder Music Co., a Division of Hinder Publishing LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Defendant Money Is Funny, Inc. is a corporation organized and existing under the

laws of the state of California, which operates, maintains and controls an establishment known as Laughs Unlimited, located at 1207 Front Street, Sacramento, California 95814-3200, in this district (the "Establishment").

13. In connection with the operation of the Establishment, Defendant Money Is Funny, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

14. Defendant Money Is Funny, Inc. has a direct financial interest in the Establishment.

15. Defendant Jennifer S. Canfield is an officer of Defendant Money Is Funny, Inc., with primary responsibility for the operation and management of that corporation and the Establishment.

16. Defendant Jennifer S. Canfield has the right and ability to supervise the activities of Defendant Money Is Funny, Inc. and a direct financial interest in that corporation and the Establishment.

17. Defendant Patricia L. Cappawana is an officer of Defendant Money Is Funny, Inc., with primary responsibility for the operation and management of that corporation and the Establishment.

18. Defendant Patricia L. Cappawana has the right and ability to supervise the activities of Defendant Money Is Funny, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

19. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 18.

20. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

21. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by

Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

22. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

23. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

24. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

25. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

26. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663

1  this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will
2  suffer irreparable injury for which they have no adequate remedy at law.
3      WHEREFORE, Plaintiffs pray that:
4      (I)    Defendants, their agents, servants, employees, and all persons acting under their
5  permission and authority, be enjoined and restrained from infringing, in any manner, the
6  copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;
7      (II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section
8  504(c);
9      (III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant
10 to 17 U.S.C. Section 505; and
11     (IV)    Plaintiffs have such other and further relief as is just and equitable.

DATED: December 13, 2012    COBLENTZ, PATCH, DUFFY & BASS LLP

By:    */s/ Karen S. Frank*
Karen S. Frank
Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | 50 Ways To Leave Your Lover a/k/a Fifty Ways To Leave Your Lover |
| Line 3 | Writer(s) | Paul Simon |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music |
| Line 5 | Date(s) of Registration | 10/3/75 |
| Line 6 | Registration No(s). | Eu 618783 |
| Line 7 | Date(s) of Infringement | 07/18/2012 |
| Line 8 | Place of Infringement | Laughs Unlimited |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Bad Moon Rising | |
| Line 3 | Writer(s) | John C. Fogerty | |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music | |
| Line 5 | Date(s) of Registration | 4/17/69 | 7/11/69 |
| Line 6 | Registration No(s). | Eu 110913 | Ep 260524 |
| Line 7 | Date(s) of Infringement | 07/19/2012 | |
| Line 8 | Place of Infringement | Laughs Unlimited | |

| Line 1 | Claim No. | 3 | |
|---|---|---|---|
| Line 2 | Musical Composition | Crimson And Clover | |
| Line 3 | Writer(s) | Peter Lucia; Tommy James | |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longtitude Music | |
| Line 5 | Date(s) of Registration | 10/30/68 | |
| Line 6 | Registration No(s). | Ep 251543 | |
| Line 7 | Date(s) of Infringement | 07/18/2012 | |
| Line 8 | Place of Infringement | Laughs Unlimited | |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Poison | |
| Line 3 | Writer(s) | Elliot T. Straite | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | |
| Line 5 | Date(s) of Registration | 8/14/89<br>6/7/90 | 3/19/90 |
| Line 6 | Registration No(s). | PAu 1-264-846<br>PA 475-115 | PAu 1-410-225 |
| Line 7 | Date(s) of Infringement | 07/18/2012 | |
| Line 8 | Place of Infringement | Laughs Unlimited | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Lips Of An Angel |
| Line 3 | Writer(s) | Austin Winkler; Ross Hanson; Lloyd Garvey; Mark King; Michael Rodden; Brian Howes |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Hinder Music Co., a Division of Hinder Publishing LLC |
| Line 5 | Date(s) of Registration | 12/14/05 |
| Line 6 | Registration No(s). | PA 1-162-967 |
| Line 7 | Date(s) of Infringement | 07/18/2012 |
| Line 8 | Place of Infringement | Laughs Unlimited |