1  KAREN S. FRANK (State Bar No. 130887)
   JULIA D. GREER (State Bar No. 200479)
2  JEREMIAH J. BURKE (State Bar No. 253957)
   COBLENTZ, PATCH, DUFFY & BASS LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
4  Telephone: 415.391.4800
   Facsimile: 415.989.1663
5  E-mail:     ef-ksf@cpdb.com
               ef-jdg@cpdb.com
6               ef-jjb@cpdb.com

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC., *et al.*
8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  BROADCAST MUSIC, INC.; PAUL SIMON          Case No. 2:12-CV-3007-WBS-GGH
    MUSIC; CONCORD MUSIC GROUP, INC.
13  d/b/a JONDORA MUSIC; EMI VIRGIN            **STIPULATION OF DISMISSAL**
    SONGS, INC. d/b/a EMI LONGITUDE
14  MUSIC; HIP CITY MUSIC INC.; HIFROST
    PUBLISHING; EMI BLACKWOOD MUSIC,
15  INC.; HINDER MUSIC CO., A DIVISION OF
    HINDER PUBLISHING LLC,
16
                     Plaintiffs,
17
         v.
18
    MONEY IS FUNNY, INC. d/b/a LAUGHS
19  UNLIMITED; JENNIFER S. CANFIELD and
    PATRICIA L. CAPPAWANA, each
20  individually,
21
                     Defendants.
22

23

24       IT IS HEREBY STIPULATED by and between the parties to this action through their

25  designated counsel that the above-captioned action be and hereby is dismissed without prejudice

26  pursuant to Federal Rule of Civil Procedure 41(a)(1).

27       The parties have executed a Settlement Agreement, a Stipulation to Entry of Consent

28  Judgment, and Consent Judgment. The parties request the Court to retain jurisdiction of this

COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

1  action for the limited purpose of entering the Consent Judgment in the event of Defendants' default

2  under the terms of the Settlement Agreement.

3

4  DATED: ~~February~~ *March* 20, 2013          COBLENTZ, PATCH, DUFFY & BASS LLP

5                                              By: _____

6                                              Karen S. Frank
                                               Attorneys for
7                                              BROADCAST MUSIC, INC. *et al.*

8

9  DATED: February 20, 2013          HANSEN, KOHLS, SOMMER & JACOB, LLP

10                                             By: _____

                                               Alissa J. Strong
11                                             Daniel V. Kohls
                                               Attorneys for MONEY IS FUNNY, INC. d/b/a
12                                             LAUGHS UNLIMITED; JENNIFER S.
                                               CANFIELD and PATRICIA L. CAPPAWANA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, CA 94111-4213.

On March 20, 2013, I served true copies of the following document(s) described as

**STIPULATION OF DISMISSAL**

on the interested parties in this action as follows:

Attorney for Defendants
Alissa J. Strong
Attorney at Law
Hansen, Kohls, Sommer & Jacob, LLP
1520 Eureka Road, Suite 100
Roseville, CA 95661
(916) 781-2550 (telephone)
(916) 781-5339 (fax)

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz Patch Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2013, at San Francisco, California.

_____
Mark W. Allen

13389.020 2340601v1

1

2:12-CV-03007-WBS-GGH